4|17

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>Maria Janet CISNEROS-Juarez<br>AKA: None Known<br>087762210<br>YOB: 1987<br>Citizen of Mexico<br><br>Defendant | Magistrate Case No. 11-5872M<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a)<br>Re-entry After Removal (Felony). |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about April 17, 2011, Defendant Maria Janet CISNEROS-Juarez, an alien, was found in the United States at or near Yuma, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about May 28, 2010. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

FOR _____
Signature of Complainant
Michael Martin
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

__April 18, 2011__    at    __Yuma, Arizona__
Date                           City and State

__Jay R. Irwin, U.S. Magistrate__    _____
Name & Title of Judicial Officer    Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

V.

Maria Janet CISNEROS-Juarez
AKA: None Known
087762210

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about April 17, 2011, near Yuma, Arizona. Questioning of the Defendant revealed that the defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks agents determined that on or about May 28, 2010, the Defendant had been removed from the United States through the port of Nogales, Arizona.

Agents determined that on or about April 17, 2011, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant   MICHAEL MARTIN

Sworn to before me and subscribed in my presence,

____April 18, 2011____     _____
Date                                          Signature of Judicial Officer

-2-